**Electronically Filed
Supreme Court
SCWC-23-0000383
24-SEP-2024
10:55 AM
Dkt. 14 OGAC**

SCWC-23-0000383

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

KIAʻI WAI O WAIʻALEʻALE, an unincorporated association;
FRIENDS OF MĀHĀʻULEPŪ, a nonprofit corporation,
Petitioners/Plaintiffs-Appellants/Appellees,

vs.

BOARD OF LAND AND NATURAL RESOURCES, STATE OF HAWAIʻI,
Respondent/Defendant-Appellee/Appellant,

and

KAUAʻI ISLAND UTILITY COOPERATIVE,
a domestic cooperative association,
Respondent/Defendant-Appellee/Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000383; CASE NO. 1CCV-22-0000015)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioners Kiaʻi Wai o Waiʻaleʻale and Friends of

Māhāʻulepū's Application for Writ of Certiorari, filed on July 31,

2024, is hereby accepted and will be scheduled for oral argument.

The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, September 24, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens